838

No. 725. TORRES *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Russell E. Parsons* for petitioner.

No. 731. CITIZENS UTILITIES Co. *v.* PROUTY ET AL. Supreme Court of Vermont. Certiorari denied. *Jesse Climenko, George Trosk* and *Clifton G. Parker* for petitioner. *Arthur L. Graves* and *Edwin W. Lawrence* for respondents.

No. 732. ATHENS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Gilbert S. Rosenthal* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 737. NORTHERN VIRGINIA SUN PUBLISHING Co. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied. *Philip W. Amram* and *Gilbert Hahn, Jr.* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Warren M. Davison* for the National Labor Relations Board, and *Seymour J. Spelman* for Wheeler et al., respondents.

No. 742. MEJIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Jack E. Hildreth* and *Arthur S. Bell, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 596, Misc. BARBER *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.